**Order entered November 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01552-CV

**BRIAN MAURICE FULLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F10-51976-I**

## ORDER

Before the Court is appellee's November 13, 2013 unopposed second motion for an extension of time to file a brief. Appellee timely filed its brief on Monday, November 18, 2013. Accordingly, we **DENY** appellee's motion as moot.

/s/     DAVID LEWIS
            JUSTICE